IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON JOHNSON,

    Petitioner,

v.       CASE NO. 3:15-cv-211-LC-GRJ

WARDEN, FPC PENSACOLA,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated may 12, 2015 (Doc. 3) recommending that the Petition be dismissed for failure to exhaust administrative remedies before filing.  Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No objections have been filed, and the time for doing so has elapsed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (Doc. 3) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 16th day of June, 2015.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**